UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARA E. SUDBECK,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. C05-1019-MAT<br><br><br><br>~~PROPOSED~~ ORDER |

Based on the Stipulation between the parties, it is hereby ORDERED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge (ALJ) will be directed to offer the claimant an opportunity for a new hearing, and to submit additional evidence, testimony, and/or arguments. The ALJ will be directed to reconsider and properly address the medical source opinions of record, including opinions provided by treating physicians Paul B. Brown, M.D.,

Page 1　　　~~PROPOSED~~ ORDER - [C05-1019-MAT]

Ph.D. (Tr. 371, 544-48) and Elizabeth Warner, M.D. (Tr. 547, 549, 590). See 20 C.F.R. § 404.1527.  The ALJ will be directed to further evaluate and address the credibility of the claimant's subjective complaints and the lay witness testimony.  See 20 C.F.R. § 404.1529; see also Social Security Ruling (SS) 96-7p, *available at* 1996 WL 374186.  The ALJ will also be directed obtain medical expert evidence to aid in evaluating the nature and severity of the claimant's combined impairments throughout the period at issue.  The ALJ will be directed to take any further action necessary to render a new decision in this matter.

DATED this  29th  day of August 2005.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2          PROPOSED ORDER - [C05-1019-MAT]