UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA E. SUDBECK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration,<br>　　　　　　　　　　Defendant. | No. C05-1019-MAT<br><br>~~PROPOSED~~ ORDER |

IT IS HEREBY ORDERED that plaintiff's attorney, Anne Kysar, is awarded an attorney's fee of $746.82 with costs for the filing fee and photocopies in the amount of $255.98 and expenses for messenger service and postage in the amount of $53.35 for a total of $1,056.15 pursuant to the Equal Access to Justice Act.  28 U.S.C. § 2412

DONE this <u>22nd</u> day of <u>September</u>, 2005.

　　　　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

s/ANNE KYSAR
Anne Kysar, WSBA # 28351
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
E-mail:  kysar@SGB-law.com