U.S. MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA E. SUDBECK<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | No. C05-1019-MAT<br><br>AMENDED ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §406(b)<br><br>(~~PROPOSED~~) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Anne Kysar of Schroeter, Goldmark & Bender is awarded a gross attorney's fee of $2,140.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA Award of $746.82. Since the balance available for § 406(b) fees is $1,393.18, Plaintiff's attorney is awarded the net sum of $1,393.18. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney's herein, Social Security is directed to send to Plaintiff's attorney's the net balance of $1,393.18, minus any applicable processing fees as allowed by statute.

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 1
(C05-1019-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000

1  DATED this 21st day of February, 2007.

2                                       s/ Mary Alice Theiler
                                        United States Magistrate Judge
3

4

5  PRESENTED BY:

6  SCHROETER, GOLDMARK & BENDER

7
   s/ANNE KYSAR
8  Anne Kysar, WSBA # 28351
   Attorney for Plaintiff
9  Schroeter Goldmark & Bender
   810 Third Avenue, Suite 500
10 Seattle, WA 98104
   Phone: (206) 622-8000
11 Fax: (206) 682-2305

PROPOSED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 2
(C05-1019-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000